**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

R. VICTOR TAGLIA; JOHN G. GRUBBS;
ANJA M. VERHEES; JOSEPH
CAPPUCCINO; SHELLEY R. JENSEN,

        Plaintiffs,

v.                              Case No.  3:12-cv-731-J-99MMH-JBT

ERG ENTERPRISES, LP; et al.,

        Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte.  On September 12, 2012, Defendants filed a motion seeking an extension of time to respond to Plaintiffs' Complaint and Demand for Jury Trial and to comply with Rule 26 obligations until 60 days after the Eleventh Circuit Court of Appeals renders a decision in Bailey, et al. v. ERG Enterprises, et al., a related case.  See Defendants' Agreed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint and Demand for Jury Trial and to Comply With Rule 26 (Dkt. No. 6; Motion).  The Honorable Joel B. Toomey, United States Magistrate Judge, granted the Motion and directed Defendants to file a notice with the Court within 14 days of the date the Eleventh Circuit renders its decision advising the Court that the appeal has been resolved.  See Order Dkt. No. 13).  In light of the procedural posture of this case, the Court determines that this action should be stayed and administratively closed pending the outcome of the appeal. Accordingly, it is hereby **ORDERED:**

1.  This case is **STAYED** pending resolution of the appeal in Bailey, et al. v. ERG Enterprises, LP, et al., No. 11-11670.

2.  The Clerk of the Court is **DIRECTED** to administratively close this case pending further Order of the Court.

3.  Defendants shall file a notice within **FOURTEEN (14) DAYS** of the resolution of the appeal advising the Court that the appeal has been resolved.  If the appeal is not resolved by 120 days from the date of this Order, then Defendants shall file a status report at that time and every 120 days thereafter until the appeal is resolved.

**DONE AND ORDERED** in Jacksonville, Florida, this 6th day of November, 2012.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record