UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

R. VICTOR TAGLIA; JOHN G. GRUBBS;
ANJA M. VERHEES; JOSEPH CAPPUCCINO;
SHELLEY R. JENSEN,

  Plaintiffs,         Case No. 3:12-cv-731-J-99MMH-JBT

ERG ENTERPRISES, LP; et al.,

  Defendants.
_____/

## JOINT STATEMENT OF INTENT TO PROCEED

Pursuant to the Court's Order dated February 12, 2013 (Doc. No. 19), the Parties, through undersigned counsel, submit this Joint Statement of Intent to Proceed:

1. The Parties respectfully request that this action be transferred to Judge Timothy Corrigan. Judge Corrigan is assigned to five Related Actions (the "Related Actions") in *Bahamas Sales Associate, LLC v. Byers*, 3:08-cv-1012-TCJ-JRK (M.D. Fla.); *Bahamas Sales Associate, LLC v. Willis*, 3:08-cv-1062-TJC-JRK (M.D. Fla.); *Webb, et al. v. Ginn Financial Services, et al.*, No. 3:09-cv-516-TJC-JRK (M.D. Fla.); *Bailey, et al. v. ERG Enterprises, LP, et al.*, No. 3-10-cv-422-TJC-JRK (M.D. Fla.); and *Taliaferro, et al. v. ERG*

*Enterprises, LP, et al.*, No. 3:11-cv-199-TJC-JBT (M.D. Fla.). All of the Related Actions were filed prior to the instant action. The plaintiffs in the Related Actions have asserted similar or identical claims against similar or identical defendants as in this action, and all are represented by the same counsel.

2. Plaintiffs intend to move to consolidate the Pending Cases for discovery and pretrial proceedings, including dispositive motions. Plaintiffs further intend to move to consolidate the Pending Cases for trial. Plaintiffs will request, after the close of discovery and following the briefing of dispositive motions, a separate briefing schedule for the parties to address how the Pending Cases should be tried. Defendants are in agreement that some degree of coordination of the instant action and the Related Actions is appropriate. For example, defendants agree that the matters should be coordinated for discovery for purposes of efficiency to the Parties and the Court. However, defendants reserve the right to object to consolidation for, among other things, trial. Defendants also reserve the right to file motions to sever plaintiffs' claims for trial. The Parties agree that this issue may be best addressed after discovery has closed.

3. In conjunction with the Motion to Consolidate, plaintiffs will seek leave to file a single, amended master complaint for the Pending Cases. The master complaint will respond to the request from Judge Corrigan that the existing complaints in the Pending Cases be simplified and streamlined. In addition, the master complaint will conform the Appraisal Fraud Claims and the Credit Suisse Fraud Claims across the Pending Cases, so that they include all of the claims and all of the defendants included in the complaint in this case. In the event plaintiffs' Motion to Consolidate is not granted, plaintiffs intend to file: (1) an amended complaint in this case and in the *Taliaferro* Case, where defendants have not yet filed a response; and (2) a Motion for Leave to File amended complaints in each of the other Pending Cases. The amended complaints filed in each case would be substantively identical.

4. Plaintiffs will request that the Court set a deadline for the parties to meet and confer in order to propose, as part of a larger Case Management Order, specific procedures for the production of electronically stored information. Given the number of complaints, parties, and claims, defendants will move to stay expensive and potentially unnecessary discovery until the Court has ruled on their motions to dismiss the pending complaints and/or

motions to dismiss any amended complaints filed by plaintiffs.  Plaintiffs will strongly oppose any stay of discovery

5. Plaintiffs request hearing date(s) for pending motions in the *Byers*, *Willis*, *Webb* and *Bailey* Cases, which motions were briefed but not ruled upon at the time of the Order of Dismissal in those cases.  Defendants agree that, pursuant to the Eleventh Circuit's Orders in *Byers*, *Willis*, *Webb* and *Bailey* reserving a decision on the merits of defendants' legal defenses to the complaints pending an initial determination on those defenses by the District Court, the Court should rule on the substantive issues raised in defendants' motions to dismiss, but defendants believe that it should do so after the Parties and the Court have determined whether any amended complaints will be filed.  Any amended complaints filed by plaintiffs, to the extent they are accepted by the Court, may require additional briefing by Defendants.

6. The Parties anticipate that they will continue to discuss these issues and will file before Judge Corrigan, if this action is transferred to him, a joint proposal of how they intend to proceed with respect to discovery, motion practice, and the proposed master amended complaint.

Respectfully submitted on this 28th day of February, 2013,

| | |
|---|---|
| */s/ Michael G. Tanner* | */s/ Dana L. Ballinger* |
| Michael G. Tanner | Dana L. Ballinger |
| Helen A. Peacock | Ballinger Law Office |
| Tanner Bishop | 747 Windlass Way |
| One Independent Drive, Suite 1700 | Sanibel, Florida 33957 |
| Jacksonville, Florida 32202 | |
| | *Counsel to Plaintiffs* |
| *Counsel to Defendant Lubert-Adler Management Company, L.P. d/b/a Lubert-Adler Partners, L.P.* | |
| | */s/ Robert P. Alpert* |
| | Lawrence H. Kunin |
| */s/ Stephen J. Kastenberg* | Robert P. Alpert (*adm. pro hac vice*) |
| Stephen J. Kastenberg | Patrick L. Lowther (*adm. pro hac vice*) |
| William B. Igoe | Morris, Manning & Martin, LLP |
| Ballard Spahr LLP | 1600 Atlanta Financial Center |
| 1735 Market Street, 51st Floor | 3343 Peachtree Rd NE |
| Philadelphia, Pennsylvania 19103 | Atlanta, GA 30326 |
| | |
| *Counsel to Defendant Lubert-Adler Management Company, L.P. d/b/a Lubert-Adler Partners, L.P.* | *Counsel to the Ginn Defendants* |

7921318 v1

5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

R. VICTOR TAGLIA; JOHN G. GRUBBS;
ANJA M. VERHEES; JOSEPH CAPPUCCINO;
SHELLEY R. JENSEN,

    Plaintiffs,                    Case No. 3:12-cv-731-J-99MMH-JBT

ERG ENTERPRISES, LP; et al.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify that on February 28, 2013, I electronically filed the foregoing "Joint Statement of Intent to Proceed" on the following attorneys of record via the CM/ECF system, which will automatically send email notification of such filing:

| | |
|---|---|
| Dana Louise Ballinger<br>Ballinger Law Office<br>747 Windlass Way<br>Sanibel, Florida 33957<br>*dballinger@ballingerlawoffice.com*<br>*Attorney for Plaintiffs* | Michael G. Tanner<br>Helen A. Peacock<br>One Independent Drive, Suite 1700<br>Jacksonville, Florida 32202<br>mtanner@tannerbishoplaw.com<br>*hpeacock@tannerbishoplaw.com*<br><br>*Counsel to Defendant Lubert-Adler Management Company, L.P. d/b/a Lubert-Adler Partners, L.P.* |

| | |
|---|---|
| Stephen J. Kastenberg<br>William B. Igoe<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania  19103<br><br>*Counsel to Defendant Lubert-Adler Management Company, L.P. d/b/a Lubert-Adler Partners, L.P.* | |

 

                    */s/ Robert P. Alpert*
                    Robert P. Alpert (*adm. pro hac vice*)